IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES LUIS AVALOS, AIS 258630,      :

    Petitioner,                                      :

vs.                                                         :        CA 10-0595-WS-C

JAMES MULLINS,                              :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 29, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of November, 2010.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**