**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

JAMES LUIS AVALOS, AIS 258630,   :

    Petitioner,   :

vs.   :   CA 10-0595-WS-C

JAMES MULLINS,   :

    Respondent.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

**DONE** this 23rd day of November, 2010.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**